THE CALEDONIAN INSURANCE COMPANY, A CORPORATION, *Plaintiff in Error,* v. J. FRANK SMITH AND CHAFFIN BANK, A CORPORATION, *Defendants in Error.*

ON REHEARING.

Opinion Filed June 26, 1913.

PER CURIAM.—This cause came on again to be heard upon a rehearing heretofore granted, and being duly considered, and the court being of the opinion that its former decision was in all respects correct, it is ordered, adjudged and decreed that the judgment be and the same is hereby reaffirmed, and the opinion of the court heretofore filed shall stand as the opinion of the court.